IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN A. MMAHAT, JR. | * |
| | * |
| PLAINTIFF | * |
| VS. | * CIVIL ACTION NO. _____ |
| | * |
| MIDLAND FUNDING LLC AND | * COMPLAINT AND |
| EATON GROUP ATTORNEYS LLC | * DEMAND FOR A JURY TRIAL |
| DEFENDANT | * |

**COMPLAINT**

I. INTRODUCTION

1.      This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.      Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.      Plaintiff, John A. Mmahat, Jr. ("Mr. Mmahat" or "plaintiff"), is a natural person who resides in Orleans Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.      Defendant, Midland Funding LLC (hereinafter referred to as "Midland") is a foreign corporation whose registered agent for service of process is Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802.  Midland, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the

FDCPA.

5. Defendant, Eaton Group Attorneys LLC (hereinafter referred to as "EGA") is a domestic limited liability corporation whose registered agent for service of process is Gregory M. Eaton, 309 North Blvd., Baton Rouge, LA 70802. EGA, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

IV. FACTUAL ALLEGATIONS

6. Defendant EGA filed suit on behalf of co-defendant Midland against Mr. Mmahat in Jefferson parish for sums allegedly due on a credit card, which Midland claims has been assigned to it, in a suit entitled, "Midland Funding LLC v. John A. Mmahat, Jr.," Number 653191-H, 24th Judicial District Court, Parish of Jefferson, State of Louisiana ("state court suit").

7. Defendant Midland collects or attempts to collect thousands of defaulted accounts every year from individuals which have been incurred for personal, family or household purposes, including but not limited to defaulted credit card accounts which Midland claims to have purchased from banks.

8. Defendant EGA files in excess of one thousand suits per year on behalf of entities such as Midland, Capital One Bank USA, NA, and Discover Bank against individuals.

9. The suits filed by EGA which are referenced in the preceding paragraph are for alleged debts which were incurred primarily for personal, family or household purposes.

10. This alleged debt sued upon in the state court suit was from the use of a credit card, which was used solely for personal, family or household purposes.

11. EGA and Midland attempted to serve Mr. Mmahat by long arm service at an

address for Mr. Mmahat in California.

12. At the time of this attempted service, Mr. Mmahat no longer resided at that address, and had moved back to Louisiana.

13. Service of the state court suit was therefore not perfected and invalid.

14. Based upon the defective service of the state court suit, EGA and Midland obtained a default judgment against Mr. Mmahat.

15. By failing to serve Mr. Mmahat with the citation and petition in the state court suit, this judgment was absolutely null under Louisiana law and under the Fourteenth Amendment of the United States Constitution.

16. Subsequent to obtaining this judgment, EGA and Midland began executing on this absolutely null judgment by garnishing Mr. Mmahat's wages.

17. Mr. Mmahat had in excess of $7000 garnished by EGA and Midland.

18. In order to stop this illegal garnishment, Mr. Mmahat hired an attorney, William G. Cherbonnier,, Jr., to file pleadings on his behalf and ultimately he was successful in having the judgment in the state court suit vacated and set aside.

19. This judgment was vacated and set aside on August 2, 2011.

20. After this judgment was vacated, EGA and Midland had Mr. Mmahat's funds in their possession which they no longer had any right to keep or possess.

21. Despite the judgment being vacated, EGA and Midland did not return Mr. Mmahat's funds to him and they continue to hold these funds to this day.

22. Mr. Mmahat is owed any and all funds garnished from him due to the vacated judgment in the state court suit.

## **DEFENDANT'S PRACTICES**

23. Defendants EGA and Midland violated numerous provisions of the FDCPA including but not limited to sections 1692d, 1692e, 1692e(10), and 1692f.

24. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, state court litigation expenses, and unreturned garnished wages, for which he should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendants Midland Funding LLC and Eaton Group Attorneys LLC for:

    a.    Additional damages;

    b.    Actual damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
**GARTH J. RIDGE, T.A.**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

Steve R. Conley  (LSBA #21246)
321 N. Vermont Street, Suite 204
Covington, LA  70433
PH: 985-892-7222  FAX: 985-892-7075
consumerlawyer1@gmail.com

                                        William G. Cherbonnier Jr.  LSBA# 04031
                                        2550 Belle Chase Highway, Suite 215
                                        Gretna, LA  70053
                                        PH: 504-309-3304   FAX: 504-309-3306
                                        wgc@billcherbonnier.com