UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN A. MMAHAT, JR. | * | |
| | * | CIVIL ACTION NO.: 12-1994 |
| VERSUS | * | |
| | * | SECTION: "N" |
| MIDLAND FUNDING, LLC, AND | * | |
| EATON GROUP ATTORNEYS, LLC | * | MAG. DIV.: (3) |

**MOTION TO STRIKE WITNESSES AND EXHIBITS AND TO DISMISS**

Defendant, Eaton Group Attorneys, LLC, appearing herein through undersigned counsel, moves this Honorable Court to grant its Motion to Strike Witnesses and Exhibits and To Dismiss on the ground that plaintiff has failed to follow this Honorable Court's scheduling order [Rec. Doc. 12], which required plaintiff to file witness and exhibit lists on or before May 3, 2013. [*Id.* at 5.]

Respectfully submitted,

**JAMES RYAN III & ASSOCIATES, LLC**

/s/ Timothy T. Roniger

**JAMES RYAN III (#11558)**
**TIMOTHY T. RONIGER (#11443)**
**JEFFREY A. CLAYMAN (#30442)**

**CRAIG R. WEBB (#29474)**
201 St. Charles Avenue, Suite 2420
New Orleans, LA 70170
Telephone:   (504) 599-5990
Facsimile:   (504) 599-5991

**CERTIFICATE OF SERVICE**

{00136843-2 }

I HEREBY CERTIFY that on the 22nd day of March 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of filing to counsel of record.

/s/ Timothy T. Roniger

_____
**TIMOTHY T. RONIGER**

{00136843-2 }