**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JOHN A. MMAHAT, JR. | * | |
| | * | CIVIL ACTION NO.: 12-1994 |
| VERSUS | * | |
| | * | SECTION: "N" |
| MIDLAND FUNDING, LLC, AND | * | |
| EATON GROUP ATTORNEYS, LLC | * | MAG. DIV.: (3) |
| | * | |

**MEMORANDUM IN SUPPORT OF MOTION
TO STRIKE WITNESSES AND EXHIBITS AND TO DISMISS**

**MAY IT PLEASE THE COURT:**

### I. INTRODUCTION

This memorandum is submitted by defendant, Eaton Group Attorneys, LLC ("the Eaton Group"), in support of its motion to strike the witnesses and exhibits of plaintiff, John A. Mmahat, Jr., and to dismiss his complaint, because plaintiff has failed to follow this Honorable Court's scheduling order [Rec. Doc. 12], which required plaintiff to file witness and exhibit lists on or before May 3, 2013. [*Id*. at 5.]

Plaintiff's failure to file his witness and exhibit lists is a flagrant abuse of the judicial process which warrants to imposition of sanctions. Plaintiff initiated this matter by filing a legally unsupportable complaint [*see* Rec. Docs. 13, 19, and 23-2, the Eaton Group's motion for summary judgment], seeking damages for the Eaton Group's alleged violation of the Fair Debt Collection Practices Act, specifically, 15 U.S.C. § 1692d, e, e(10), and f. [Rec. Doc. 1, Complaint, Para. 23 and 24.] The Eaton Group should not be made to continue to incur attorneys' fees and costs defending this baseless case, especially, when plaintiff refuses to follow the orders of this Court.

In *Geiserman v. MacDonald*, 893 F.2d 787 (5th Cir. 1990), the Fifth Circuit stated:

> Rule 16(b) of the Federal Rules of Civil Procedure authorizes the district court to control and expedite pretrial discovery through a scheduling order. Consistent with the authority vested in the trial court by rule 16, our court gives the trial court "broad discretion to preserve the integrity and purpose of the pretrial order." …*See Davis v. Duplantis*, 448 F.2d 918, 921 (5th Cir. 1971); Fed.R.Civ.P. 16(f) (court may sanction party's failure to comply with scheduling order by excluding evidence).

Id. at 790-91.

The Eaton Group respectfully submits that this motion should be granted and that, accordingly, plaintiff's complaint must be dismissed.

Respectfully submitted,

**JAMES RYAN III & ASSOCIATES, LLC**

/s/ Timothy T. Roniger

**JAMES RYAN III (#11558)**
**TIMOTHY T. RONIGER, T.A. (#11443)**
**JEFFREY CLAYMAN (#30442)**
**CRAIG R. WEBB (#29474)**
201 St. Charles Avenue, Suite 2420
New Orleans, LA 70170
Telephone:(504) 599-5990
Facsimile:(504) 599-5991
Attorneys for Eaton Group Attorneys, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing.

/s/ Timothy T. Roniger
Timothy T. Roniger

2
{00136844-2 }